O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>SANTIAGO CARRILLO-GALVAN,<br>　　　　Defendant. | CASE NO. CR16-73(3)-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

　　　　On February 15, 2023, this matter came before the Court on Petition on Probation and Supervised Release originally filed on September 4, 2020.  Government counsel, Benedetto Balding, the defendant and his appointed CJA attorney, Bernard Rosen, were present.  The U.S. Probation Officer, Gregory Metoyer, was also present.

　　　　The defendant admits the allegations, in violation of his supervised release, as stated in the Petition filed on September 4, 2020.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 9, 2017.

　　　　IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months, to run concurrently to the sentence imposed by the Superior Court of California, County of Santa Barbara, case no. 20-CR-05996, and imprisonment shall be served at a State Institution.  If defendant's State

custody is terminated before completing the twenty-four (24) month sentence imposed by this Court, at the U.S. Marshall Service's discretion, defendant may be returned to the custody of a Federal Bureau of Prison to serve the remainder of his federal sentence. Upon release from imprisonment, defendant shall be placed on supervised release for a period of forty-eight (48) months, under the same terms and conditions previously imposed, with the amendment condition, that defendant shall comply with Second Amended General Order No. 20-04.

      IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   February 15, 2023

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: *Catherine M. Jeang*
Catherine M. Jeang, Deputy Clerk